UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

| | | |
|---|---|---|
| JOSEPH WHEELING | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ANSWER** |
| v. | ) | |
| | ) | Case No. 5:24-cv-00129-KKC |
| CITY OF WINCHESTER, | ) | |
| | ) | |
| Defendant. | ) | |

Comes Defendant City of Winchester, Kentucky ("City" or "Defendant"), by counsel, and for its Answer to the Complaint filed by Plaintiff Joseph Wheeling ("Plaintiff"), states as follows:

**FIRST DEFENSE**

Plaintiff's Complaint fails to state a claim upon which relief can be granted.

**SECOND DEFENSE**

Defendant acted in conformity with all applicable statutes, regulations, ordinances, and common law.

**THIRD DEFENSE**

Defendant reserves the right to amend its pleadings during or upon completion of discovery herein to assert such other defenses, affirmative or otherwise, and such other claims which may appear necessary and appropriate.

**FOURTH DEFENSE**

As to the numerical allegations contained in Plaintiff's Complaint, the City responds as follows:

1. In response to paragraph 1 of Plaintiff's Complaint, the City states that no response is required as the claims set forth in the Complaint speak for themselves.

2. The City is without sufficient knowledge or information to form a belief as to the truth or accuracy of the allegations set forth in paragraphs 2, 3, 11, 14, 15, 16, 19, 20, 22, 24, 25, 26, 27, 36, 41, and 42 of Plaintiff's Complaint and therefore denies the same.

3. The allegations set forth in paragraphs 4, 5, 6, 7, 8, 9, 10, 35, and 43 of Plaintiff's Complaint are statements of law to which no response is required. The cited statutes speak for themselves.

4. The City admits the allegations set forth in paragraphs 12, 17, 18, 21, 23, and 47 of Plaintiff's Complaint.

5. The City denies the allegations set forth in paragraphs 13, 28, 30, 31, 32, 33, 37, 38, 39, 44, 45, 48, 49, and 50 of Plaintiff's Complaint.

6. The City denies that Plaintiff is entitled to the relief set forth in Section VI of his Complaint.

7. In response to paragraphs 29, 34, 40, and 46 of Plaintiff's Complaint, the City incorporates by reference the foregoing responses.

8. Any allegation in Plaintiff's Complaint not specifically admitted herein is hereby denied.

**WHEREFORE**, the City of Winchester respectfully requests the following:

1. That Plaintiff's claims be dismissed with prejudice and held for naught;

2. That the City of Winchester be awarded its costs, including reasonable attorneys' fees incurred in defending this action; and

3. For any and all other relief to which the City of Winchester may be entitled.

Respectfully Submitted,

WALTHER, GAY & MACK, PLC

*/s/ John K. Wood*
John K. Wood
Erica K. Mack
163 E. Main Street, Suite 200
Lexington, KY 40507
(859) 225-4714
jwood@wgmfirm.com
emack@wgmfirm.com
*Counsel for Defendant City of Winchester*

## CERTIFICATE OF SERVICE

This is to certify that a true and accurate copy of the foregoing Answer was served upon the following via the Court's electronic filing system on this the 11th day of June, 2024:

Andrew Dutkanych
Biesecker Dutkanych & Macer, LLC
101 North Seventh Street
Louisville, KY 40202
*Counsel for Plaintiff*

*/s/ John K. Wood*
*Counsel for Defendant City of Winchester*